**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| | ) |
| KORAH ANN HART | ) Case No.: 10-10682-TUC-JMM |
| | ) |
| | ) **Application for Payment of Unclaimed** |
| | ) **Funds to the U.S. Bankruptcy Court** |
| | ) |
| | ) |
| Debtor | ) |

Dianne C. Kerns, Standing Chapter 13 Trustee of the above-captioned bankruptcy estate, reports that the following dividend checks have been issued and returned as undeliverable and/or remained uncashed, and that more than (90) days have elapsed from the dates of issuance:

| Check No. | Date Issued | Debtor/Creditor Name and Address | Amount |
|---|---|---|---|
| 215386 | 11/17/2010 | KORAH ANN HART<br>12402 E. ECHO VALLEY DR<br>TUCSON, AZ 85755 | $716.10 |
| | | **Total** | **$716.10** |

The Trustee asks that an order be entered to Section 347(a) of the Bankruptcy Code directing the Trustee to pay over the total amount of $716.10 to the Clerk of the Court to be deposited in the registry thereof.

Dated: 03/30/2011

**/s/ Dianne C. Kerns, #011557**
Dianne C. Kerns, Esq.
Chapter 13 Trustee

Case 4:10-bk-10682-JMM   Doc 37   Filed 03/30/11   Entered 03/30/11 14:10:16   Desc
Main Document    Page 1 of 1